United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                      Case No. 24-50606-KMS

Scott Andrew Anderson                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                 User: mssbad                 Page 1 of 1

Date Rcvd: Mar 25, 2026          Form ID: pdf012             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

**Recip ID**            **Recipient Name and Address**
db                  +   Scott Andrew Anderson, 116 W Center Street, Brownsville, KY 42210-8500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Thomas Carl Rollins, Jr | on behalf of Debtor Scott Andrew Anderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 25, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN THE MATTER OF:**                                    **CHAPTER 13**
**SCOTT ANDREW ANDERSON**                    **CASE NO.:   24-50606 KMS**

### **AMENDED**ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT** that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.[1]  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**Scott Andrew Anderson**
**116 W Center Street**
**Brownsville, KY 42210**

is *directed to pay the* amended sum of **\*\*$953.00\*\*** per month, effective with the payment due before **noon on April 29th, 2026.**  Payments can be made through **TFSbillpay.com** or by **CERTIFIED FUNDS**. Payments through TFSbillpay.com will need to be **submitted 7 days prior to the due date** to be receipted timely.   Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month and include your name and case number and payable to Warren A. Cuntz, Jr., Trustee and mailed to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor is released from making further plan payments.

### ##END OF ORDER##

---

[1] Payment adjusted due to TMTD (Dkt. 37).